No. 98–9485. GAFFIN *v.* CLARKE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–9486. HAYDEN *v.* MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–9489. HERBIN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–9490. NORTHINGTON *v.* ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–9492. VASQUEZ DEL ROSARIO *v.* RADLOFF ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–9495. BRANNON *v.* TARLOV ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–9502. YOUNG *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 98–9505. SPIRES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9506. MAHMOUD *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 98–9507. MCCANTS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 98–9509. GALVAN RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9510. SISK *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9511. BROWN ET AL. *v.* OHIO; and JOHNSON ET AL. *v.* OHIO. Ct. App. Ohio, Ross County. Certiorari denied.

No. 98–9515. WATSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.